Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone: 818.624.4695
Facsimile: 818.475.1880
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415)977-8982
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE EDWARD STRONG,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO.:  1:15-cv-00488-SMS<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

    IT IS HEREBY STIPULATED, by and between the parties, that Plaintiff shall have an extension of 30 days from November 9, 2015, or until December 9, 2015 to prepare and file Plaintiff's opening brief, and that all other scheduling dates

set forth in the Scheduling Order shall be extended accordingly.

This is plaintiff's first request for an extension.  Plaintiff's counsel makes this request because plaintiff's counsel requires additional time to prepare and file the opening brief.  This request for extension is not made to interpose delay but to properly and adequately represent plaintiff.

DATED: November 24, 2015        By: */s/ Roger D. Drake*
                                ROGER D. DRAKE
                                Attorney for Plaintiff


DATED: November 24, 2015        BENJAMIN B. WAGNER
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Acting Regional Chief Counsel, Region IX

                                By: */s/ Timothy R. Bolin*
                                TIMOTHY R. BOLIN
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                [*Per email authorization on 11/24/2015*]

## **ORDER**

Based on the foregoing stipulation to extend the briefing schedule,

IT IS ORDERED, that Plaintiff shall have an extension of 30 days from November 9, 2015, or until December 9, 2015, to prepare and file Plaintiff's Opening Brief, and that all other scheduling dates set forth in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 25, 2015**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE