BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-Mail: Timothy.Bolin@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| TERENCE EDWARD STRONG,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00488-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time to respond to Plaintiff's Opening Brief be extended for 7 days from January 8, 2016 to January 15, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time to respond to Plaintiff's arguments.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                  Respectfully submitted,

Dated: January 8, 2016         /s/ Roger D. Drake
                                          (*as authorized via email on January 8, 2016)
                                            ROGER D. DRAKE
                                            Attorney for Plaintiff

Dated: January 8, 2016         BENJAMIN B. WAGNER
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                     By:    /s/ Timothy R. Bolin
                                                     TIMOTHY R. BOLIN
                                                     Special Assistant U.S. Attorney

                                                     Attorneys for Defendant

Of Counsel to Defendant
BEATRICE NA
Assistant Regional Counsel

                                                      <u>ORDER</u>

IT IS SO ORDERED.

   Dated:   **January 11, 2016**                  **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE